# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| STEPHEN DEWAYNE GRAY, | ) |
| Petitioner, | ) |
| v. | ) Case No. 5:22-cv-1048-ACA-GMB |
| ROLANDA CALLOWAY, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On February 28, 2023, the magistrate judge entered a report recommending that the court deny Petitioner Stephen Dewayne Gray's 28 U.S.C. § 2254 petition for writ of habeas corpus. (Doc. 22). The magistrate judge notified Mr. Gray of his right to file objections within fourteen days. (*Id.* at 13–14). Mr. Gray filed, and the court granted, two motions for an extension of time to file objections. (Docs. 23–26). Mr. Gray did not file any objections by the extended deadline.

A party's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **WILL DENY** Mr. Gray's § 2254 petition.

Rule 11 of the Rules Governing § 2254 Petitions requires the court to issue or deny a certificate of appealability when the court enters an order adverse to the petitioner. Rule 11(a), Rules Governing § 2254 Cases in the United States District Courts. This court may issue a certificate of appealability "only if the applicant has a made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further," *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (quotation marks omitted). The court finds that Mr. Gray has not satisfied either standard. Accordingly, the court **WILL DENY** a certificate of appealability.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this April 19, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE